# UNITED STATES DISTRICT COURT
for the
### District of South Carolina

| | |
|---|---|
| Gilbert Markette Mines, Jr. | ) |
| *Plaintiff* | ) |
| v. | ) |
| All Staff Members, J. Rueben Long Detention Center | ) |
| *Defendant* | ) |

Civil Action No.    2:20-cv-02823-RMG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Gilbert Markette Mins, Jr., shall take nothing of Defendants, All Staff Members, J. Rueben Long Detention Center, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice and without issuance and service of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M Gergel, United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   July 14, 2021                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                        s/H. Cornwell
                                                    _____
                                                             *Signature of Clerk or Deputy Clerk*